**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TASHAWN THORNE,

      Plaintiff,

v.                                                                 Case No.  5:25-cv-724-KCD-PRL

UNITED STATES OF
AMERICA,

      Defendant.

_____/

## **ORDER**

Plaintiff Tashawn Thorne, an inmate of the federal penal system, is proceeding in this action *pro se* on an amended complaint against the United States of America. (Doc. 4.) To facilitate service on his behalf, on January 16, 2026, the Court ordered Thorne to submit service forms and copies of the amended complaint. (Doc. 10.) Although he submitted the service forms, Thorne failed to submit the copies of his pleadings as required.

On March 24, 2026, Thorne filed a motion for extension of time to submit the required service documents. (Doc. 16.) The Court granted his motion and directed Thorne to submit the required documents on or before April 18, 2026. (Doc. 17.) Despite this extension, Thorne again failed to submit the required service copies of his amended complaint.

So, on May 19, 2026, the Court ordered Thorne to show cause why this action should not be dismissed. (Doc. 18.) Thorne was advised that his failure to comply with this order within the time allotted would result in dismissal without further notice. Again, Thorne failed to comply.

In prosecuting this action, Thorne is responsible for complying with the Court's orders. He has not done so (Doc. Nos. 10, 17, 18), nor explained his noncompliance. Given the designated time to comply with the Court's latest show cause order (Doc. 18) has passed, dismissal of this case for failure to prosecute is necessary and appropriate.

Accordingly, it is **ORDERED:**

1.   This case is **DISMISSED without prejudice**.

2.   The **Clerk of Court** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the case.

**ENTERED** in Fort Myers, Florida on June 22, 2026.

Kyle C. Dudek
United States District Judge

OCAP-1
c:   Tashawn Thorne, #59241-056

2